SARAH ZUROFF, Respondent, v. WESTCHESTER TRUST COMPANY and GEORGE EGBERT, as Superintendent of Banks of the State of New York, etc., Appellants, and Others, Defendants.— Motion to resettle order of this court dated December 20, 1935, so as to insert therein a provision permitting respondent to serve an amended complaint on the appellants herein granted, without determination that such amended complaint is sufficient. The order is resettled accordingly. The amended complaint is to be served within ten days from the entry of the order hereon. Lazansky, P. J., Johnston and Adel, JJ., concur; Hagarty and Davis, JJ., dissent and vote to deny the motion on the ground that to permit the service of an amended complaint would mean the violation of the majority decision made on the original appeal. [See *ante*, p. 719.]

LOUIS BALLOT, Appellant, v. HARRY WEINSTEIN, Respondent.— Judgment dismissing the complaint on the merits in an action for criminal conversation reversed on the law and a new trial granted, with costs to appellant to abide the event. Even if plaintiff ceased to have affection for his wife prior to her illegal relations with defendant, that would not bar an action for criminal conversation. (*Oppenheim* v. *Kridel*, 236 N. Y. 156; *Berney* v. *Adriance*, 157 App. Div. 628; *Purdy* v. *Robinson*, 133 id. 155.) Hagarty, Carswell, Davis, Johnston and Taylor, JJ., concur.

CECILIA L. BORDON, as Administratrix, etc., of JEANETTE LUKASZEWSKI, Deceased, Respondent, v. CENTRAL HUDSON GAS AND ELECTRIC CORPORATION, Appellant.— Action to recover damages sustained by plaintiff by reason of the death of her intestate, who was asphyxiated by gas. The gas escaped from a main and percolated through the soil into the house occupied by the intestate. Judgment in favor of plaintiff and order denying motion for a new trial unanimously affirmed, with costs. No opinion. Present — Young, Carswell, Davis, Adel and Taylor, JJ.